**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DCSTAR, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"

    Defendants.

Case No. 1:24-cv-1066

JURY TRIAL DEMANDED

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
<u>CERTAIN DOCUMENTS UNDER SEAL</u>**

Plaintiff DCSTAR Inc. ("Plaintiff") requests leave to file the following under seal: (1) an unredacted copy of the Complaint [Dkt. 1], which identifies Plaintiff's copyrights which are being infringed upon by the Defendants in this matter; (2) Exhibit 1 to the Complaint [Dkt. 1], which includes true and correct copies of the copyright registrations Plaintiff is asserting in this action; (3) Exhibit 2 to the Complaint [Dkt. 1], which includes printed copies of Defendant seller pages; and (4) Schedule A to the Complaint [Dkt. 1], which lists the Defendants by their Seller Aliases.

In this action, Plaintiff is requesting *ex parte* relief based on an action for copyright infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the

temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

| | |
|---|---|
| DATED: February 6, 2024 | Respectfully submitted, |
| | /s/ Edward L. Bishop |
| | Edward L. Bishop |
| | ebishop@bdl-iplaw.com |
| | Nicholas S. Lee |
| | nlee@bdl-iplaw.com |
| | Benjamin A. Campbell |
| | bcampbell@bdl-iplaw.com |
| | Sameeul Haque |
| | shaque@bdl-iplaw.com |
| | BISHOP DIEHL & LEE, LTD. |
| | 1475 E. Woodfield Rd., Suite 800 |
| | Schaumburg, IL 60173 |
| | Tel.: (847) 969-9123 |
| | Fax: (847) 969-9124 |
| | |
| | *Counsel for Plaintiff, DCSTAR Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this February 6, 2024. Any other counsel of record will be served by electronic and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop