**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DCSTAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | **Case No.: 1:24-cv-01066** <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Gabriel A. Fuentes** <br><br> **JURY TRIAL DEMAND** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff DCSTAR, Inc. ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on February 21, 2024 [16], by a period of fourteen (14) days until March 20, 2024. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

1

DATED:  March 1, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Sameeul Haque
　　　　　　　　　　　　　　　　　　　　Edward L. Bishop
　　　　　　　　　　　　　　　　　　　　ebishop@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　　nlee@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Benjamin A. Campbell
　　　　　　　　　　　　　　　　　　　　bcampbell@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　Sameeul Haque
　　　　　　　　　　　　　　　　　　　　shaque@bdl-iplaw.com
　　　　　　　　　　　　　　　　　　　　BISHOP DIEHL & LEE, LTD.
　　　　　　　　　　　　　　　　　　　　1475 E. Woodfield Road, Suite 800
　　　　　　　　　　　　　　　　　　　　Schaumburg, IL 60173
　　　　　　　　　　　　　　　　　　　　T: (847) 969-9123
　　　　　　　　　　　　　　　　　　　　F: (847) 969-9124

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, DCSTAR, Inc.*